FILED
CLERK, U.S. DISTRICT COURT
OCT - 2 2020
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> CHASE TWOMEY, ) <br> ) <br> ) <br> Defendant. ) <br> _____ ) | CASE NO. CR-15-00247-MWF <br><br> ORDER OF DETENTION AFTER HEARING (Fed.R.Cim.P. 32.1(a)(6) 18 U.S.C. § 3143(a) Allegations of Violations of Probation/Supervised Release Conditions) |

On arrest warrant issued by the United States District Court for the <u>Central District of California</u> involving alleged violations of conditions of probation/supervised release:

1. The court finds that no condition or combination of conditions will reasonably assure:

    A. (✓)  the appearance of defendant as required; and/or

    B. (  )  the safety of any person or the community.

2. The Court concludes:

    A. (  )  Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to pose a risk to the safety of any

---

ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))

CR-94 (06/07)                                                                 Page 1 of 2

other persons or the community.  Defendant poses a risk to the safety of other persons or the community based on:

_____

B. (✓)  Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to flee if released.  Defendant poses a flight risk based on: nature of the allegations; failure to report to RRC as instructed; recent arrest with use of false ID; termination from prior RRC in April 2020

IT IS ORDERED that defendant be detained.

DATED: October 2, 2020

*Alicia G. Rosenberg*
HONORABLE ALICIA G. ROSENBERG
UNITED STATES MAGISTRATE JUDGE